CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

07/10/2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ALISON HESTER,

Plaintiff,

v.

CARILION CLINIC MEDICAL PLAN and AETNA LIFE INSURANCE COMPANY,

Defendants.

Civil Action No.: 7:18-cv-91

**FINAL ORDER**

In accordance with Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties having filed a Join Stipulation of Dismissal, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, with each party responsible for their own legal fees and expenses.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered: 07/09/2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge

1081.0001\JCJ
4849-0034-3451 .v1